## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION (AMENDED)** |
| vs. | ) | |
| Nathan Dean Tuenge, | ) | Case No.: 1:10-cr-086 |
| Defendant. | ) | |

On November 4, 2010, defendant Nathan Dean Tuenge ("Tuenge") made his initial appearance in the above-entitled action and was arraigned. Thereafter, the parties advised the court that they had agreed upon a set of conditions on which Tuenge could be released once Pretrial Services could hook up electronic monitoring equipment at his residence. They further advised the court that Tuenge did not object to remaining in custody in the interim.

Accordingly, it is **ORDERED** that Tuenge shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal until the Pretrial Services office can install the electronic monitoring equipment at his residence. Tuenge shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 5th day of November, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge